

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                                                                                                                      312-435-5670
**Clerk**

September 8, 2017

Kansas District Court
Timothy M. O'Brien, Clerk of Court
Robert J. Dole United States Courthouse
500 State Avenue, Room 259
Kansas City, KS 66101-2400

Re: Consumer Financial Protection Bureau v. Golden Valley Lending, Inc. et al

USDC Case Number: 1:17-cv-03155

Dear Clerk:

Pursuant to the order entered by Honorable Thomas M. Durkin, on September 8, 2017, the above record was

      ☒    electronically transmitted to U.S. District Court for the District of Kansas

      ☐    paper documents were sent via certified mail to

                                    Sincerely,
                                    Thomas G. Bruton, Clerk

                                    By:    /s/ Jessica J. Ramos
                                                 Deputy Clerk

New Case No. _____      Date _____

cc:    Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016